FILED

04/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0013

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0013

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KELLY BEVERLY BALL,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 31, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 27 2021